UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHENI B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,[1] <br><br> Defendant. | No. 2:19-CV-0054-JTR <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is Plaintiff's Unopposed Motion to Dismiss. ECF No. 14. Attorney Dana Chris Madsen represents Stepheni B. (Plaintiff); Special Assistant United States Attorney Brett Edward Eckelberg represents the Commissioner of Social Security (Defendant). The parties have consented to proceed before a magistrate judge. ECF No. 6.

Plaintiff requests a dismissal of this action and indicates Defendant has no objection to the motion to dismiss. ECF No. 14 at 1. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff' Unopposed Motion to Dismiss, **ECF No. 14**, is **GRANTED**.

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

///

---

[1] Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, the Court substitutes Andrew M. Saul as the Defendant and directs the Clerk to update the docket sheet. *See* Fed. R. Civ. P. 25(d).

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 1

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide a copy to counsel for Plaintiff and Defendant, and **CLOSE** the file.

DATED September 19, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 2